UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

MEMORANDUM

TO:        Counsel of Record

FROM:      Judge Charles B. Day
           United States Magistrate Judge

RE:        Mark A. Panowicz v. Sharon L. Hancock
           Civil Action No. DKC-11-2417

DATE:      September 9, 2010

* * * * * * * * *

Please be advised that oral argument has been scheduled for **Tuesday, September 23, 2014 at 2:00 p.m.** on Plaintiff's Motion to Compel Defendant to Provide Full and Complete Disclosure or Discovery in Response to Plaintiff's First Set of Interrogatories and First Set of Requests for Productions of Documents (ECF 53).

The parties will be allotted approximately 1.5 hours for total argument.  Please note, however, that I may choose to decide these motions on the pleadings prior to the date scheduled for argument.

Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument.  Please also highlight the appropriate text.  These materials are not to be filed electronically.

My staff and I spend a considerable amount of time preparing for hearings in order to reach a fair and well-informed decision.  The parties are advised that they must inform the Court at least seven (7) days prior to the scheduled hearing in the event that circumstances arise that may result in the need for a continuance, stay or cancellation of the hearing, or any part thereof.  This is also required if any motion or a part thereof has been resolved, or if the filing party wishes to withdraw any motion from consideration.

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.

                                    _____/s/_____
                                    Charles B. Day
                                    United States Magistrate Judge